Hon. ANDREW ADAMS, Esq.,   Hon. CHARLES CHAUNCY, Esq.,

Hon. JESSE ROOT, Esq.,      Hon. ERASTUS WOLCOTT, Esq.

S. TITUS HOSMER, ESQ., ADMINISTRATOR ON THE ESTATE OF
GENERAL PARSONS, v. MERRIAM.

In an action brought by an administrator on an insolvent estate
on a note, against a creditor to said estate by book, the court
will offset the sum found by the commissioners to be due on
book against the note, and give judgment for the remainder.

ERROR to reverse a judgment of the County Court in an
action brought by said administrator against said Merriam,
on a note of hand, dated the 29th of January, A. D. 1787,
for £19 13s. 4½d. payable to said General Parsons by the 1st
of November then next, with the lawful interest; demanding
£30 damages.

Plea in bar — That the estate of said Parsons was repre-
sented and found to be insolvent; that said Merriam exhibited
to the commissioners appointed to examine the claims of the
creditors, a debt due to him, by book from said Parsons of
£11 6s. 1d.; which was allowed by said commissioners, in
their report to the Court of Probate; which in contemplation
of law is a payment of so much on said note, and ought to be
offset accordingly; and for the residue of said note the plain-
tiff ought to recover. The plaintiff demurred.

The County Court gave judgment that the plea of the de-
fendant was sufficient, for the sum of £11 6s. 1d., and that the
plaintiff recover for the residue of the note.

Errors assigned — 1st. That the commissioners did not
make the offset.   2d. That the allowance of said debt by the
commissioners, was not conclusive upon the administrator.
3d. It does not appear that said articles charged on book were
delivered in payment of said note.   4th. That the County
Court as a court of law, was incompetent to make the offset.

Judgment — That there is nothing erroneous in the judgment complained of.

By the COURT.    The balance of claims in such cases where mutual credit is given is the sum due.    The commissioners on an insolvent estate will allow and report the debt; which must be offset by the court in the action against the creditor, where he owed the deceased more than the deceased owed him, for it would be inequitable, that the administrator should recover the whole sum against the creditor, and the creditor take only the average upon his debt; and the administrator is at liberty to contest in this action, the allowance made by the commissioners.    See Hosmer v. Brattle, Haddam, December Term, A. D. 1791.